In the Interest of C.E.

David Wm. KIERST, Jr., Juvenile Officer, Respondent,

v.

D.E. (Natural Mother), Appellant.

No. WD 54036.

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Application to Transfer Denied April 21, 1998.

Katherine Jean Rodgers, Kansas City, Guardian Ad Litem.

Lori Stipp, Kansas City, for Respondent.

Laura Higgins Tyler, Kansas City, for Appellant.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

D.E. appeals from an adjudication of the juvenile court under § 211.031.1(1)(b) that C.E. lacked proper care, custody or support and placing him in the custody of his father, under the supervision of the Division of Family Services.

Judgment affirmed. Rule 84.16(b).